IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATHEW THOMPSON,

    Plaintiff,

v.                                       CASE NO. 4:14cv465-RH/GRJ

B. SMITH et al.,

    Defendants.

_____/

**ORDER DISMISSING THE FIRST AMENDED
COMPLAINT IN PART AND GRANTING LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

This is a prisoner civil-rights case. The plaintiff asserts claims under 42 U.S.C. § 1983. The case is before the court on the magistrate judge's report and recommendation, ECF No. 31, which concludes that the first amended complaint should be dismissed in part, with leave to amend. No objections have been filed.

This order accepts the report and recommendation. The order adopts the report and recommendation as the court's opinion except in one respect: the discussion of the intracorporate-conspiracy doctrine is not necessary to the result and is not adopted.

    IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motion to dismiss, ECF No. 25, is granted in part and denied in part.

3. The plaintiff may file a second amended complaint by January 20, 2016.

Any amended complaint must be clearly labeled as the second amended complaint.

4. The clerk must send the plaintiff a § 1983 complaint form.

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 23, 2015.

                                        s/Robert L. Hinkle
                                        United States District Judge